STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WILLIAM GRAY, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Mr. Richard Newman* and *Mrs. Marcia R. Richman* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. David S. Baime* for the respondent.

May 27, 1969. Denied.

GARY POTASH, PLAINTIFF-PETITIONER, v.
ANGELINA SWISSTACK, *ET AL.*, DEFENDANTS-
RESPONDENTS.

*Mr. Nathan D. Weiss* and *Mr. Sam Weiss* for the petitioner.

*Messrs. Ryan, Saros, Davis & Stone* for the respondents.

May 27, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WYMAN TURNER, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Daniel Coburn* for the petitioner.

*Mr. Guy William Calissi* and *Mr. Harold N. Springstead* for the respondent.

May 27, 1969. Denied.